COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Carey Deshawn Forris-Clemons v. The State of Texas

Appellate case number:    01-16-00437-CR

Trial court case number:   1398951

Trial court:                       174th District Court of Harris County

      We abated this appeal and remanded this cause to the trial court for a hearing concerning appellant's certification of the right to appeal.  On February 28, 2017, a supplemental clerk's record was filed containing a certification indicating that appellant has the right to appeal.  The trial court also appointed counsel, Randy Martin.

      Accordingly, we reinstate this appeal on the active docket.  The reporter's record is due to be filed 30 days from the date of this order.  Appellant's brief will be due 30 days after the reporter's record is filed.

      It is so ORDERED.


Judge's signature: _/s/ Harvey Brown_
              ⊠ Acting individually     ☐ Acting for the Court


Date: March 9, 2017